James VANCAMP, Appellant,

v.

DECISION HR 30, INC., FWCIGA/Florida Workers' Compensation Guaranty Association, and USIS, Appellees.

No. 1D14–5853.

District Court of Appeal of Florida, First District.

Dec. 1, 2016.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant.

Micheal A. Edwards of Peterson Bernard, West Palm Beach, for Appellees.

PER CURIAM.

This court's opinion of August 19, 2015, having been quashed by the Supreme Court of Florida by order dated October 27, 2016, the order on appeal is reversed and the case is remanded for proceedings consistent with *Westphal v. City of St. Petersburg*, 194 So.3d 311 (Fla.2016).

REVERSED and REMANDED.

B.L. THOMAS, WETHERELL, and RAY, JJ., concur.